### SAILLY vs. HUTTON and CLEAVELAND.

*The venue will not be changed on the application of one defendant, where there are several defendants in a cause.*

Dec. 23.

MOTION to change the venue from Clinton to Franklin. The defendants defend separately. Cleaveland has plead to issue, and Hutton has obtained an order enlarging the time to plead, and *alone* applies to change the venue. The plaintiff objects that one defendant cannot ask for a change of the venue, unless the other joins in the application. The objection was sustained, and the motion denied.

*J. Lovett*, for motion.

*A. Blanchard*, contra.